No. 75–1021. CARPENTERS 46 COUNTY CONFERENCE BOARD ET AL. v. CONSTRUCTION INDUSTRY STABILIZATION COMMITTEE ET AL. Temp. Emerg. Ct. App. Certiorari denied.

No. 75–1187. SELIKOFF v. COMMISSIONER OF CORRECTION OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 75–1244. BOLKCOM ET AL. v. CARBORUNDUM CO. C. A. 6th Cir. Certiorari denied.

No. 75–1245. PAULEY ET AL., DBA ZIEBART AUTO TRUCK RUSTPROOFING v. ZIEBART PROCESS CORP. C. A. 4th Cir. Certiorari denied.

No. 75–1247. PERKINS v. SCREEN EXTRAS GUILD, INC. C. A. 9th Cir. Certiorari denied.

No. 75–1249. AMERICAN STEVEDORES, INC. v. OLAF PEDERSEN'S REDERI A/S. C. A. 2d Cir. Certiorari denied.

No. 75–1254. WILLIAMS ET AL. v. AMERICAN AIRLINES, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 75–1256. DARKS ET AL. v. TRANSOK PIPE LINE CO. Sup. Ct. Okla. Certiorari denied.

No. 75–1266. HARMAN ET AL. v. DIVERSIFIED MEDICAL INVESTMENTS CORP. ET AL. C. A. 10th Cir. Certiorari denied.

No. 75–1269. CALI v. JAPAN AIRLINES CO., LTD., ET AL. C. A. 2d Cir. Certiorari denied.